1  GEOFFREY SIGLER (*pro hac vice*)
      gsigler@gibsondunn.com
2  Gibson, Dunn & Crutcher LLP
   1050 Connecticut Avenue, N.W.
3  Washington, DC 20036-5306
   Telephone: 202.995.8500
4  Facsimile:  202.467.0539

5  HEATHER L. RICHARDSON, SBN 246517
      hrichardson@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
7  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
8  Facsimile:  213.229.7520

9  Attorneys for Defendant
   UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MERIDIAN TREATMENT SOLUTIONS, INC, DESERT COVE RECOVERY, LLC, and HARMONY HOLLYWOOD, LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>Defendant. | CASE NO. 4:19-cv-05721-JSW<br><br>**DECLARATION OF NGOC HAN S. NGUYEN IN SUPPORT OF DEFENDANT UNITED BEHAVIORAL HEALTH'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF NGOC HAN S. NGUYEN ISO DEFENDANT UNITED BEHAVIORAL HEALTH'S MOTION TO DISMISS PLAINTIFFS' SAC – CASE NO. 4:19-CV-05721-JSW

I, Ngoc Han S. Nguyen, declare as follows:

1. I make this declaration in connection with the above-captioned litigation. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would testify competently to such facts under oath.

2. I am employed by Optum, Inc. and support litigation/legal matters for Optum-affiliated entities, including UnitedHealthcare entities. My job responsibilities include assisting with the collection of documents involved in litigation matters. In that role, I am familiar with the documents listed below, in connection with the above-captioned case.

3. Based on the patients referenced in the Second Amended Complaint—whose identities were provided by Plaintiffs' counsel—and the dates of service listed in the Second Amended Complaint, I collected certificates of coverage and summary plan descriptions, as described below. To protect the privacy of these patients, I refer to each patient below as they are referred to in Plaintiffs' Second Amended Complaint, rather than using their real names.

4. Attached hereto as **Exhibit A** is a true and correct copy of the summary plan description and summary plan description handbook covering patient GG during the time period of the services at issue in the Second Amended Complaint.

5. Attached hereto as **Exhibit B** is a true and correct copy of the summary plan description covering patient EL during the time period of the services at issue in the Second Amended Complaint.

6. Attached hereto as **Exhibit C** is a true and correct copy of the certificate of coverage covering patient LP during the time period of the services at issue in the Second Amended Complaint.

Gibson, Dunn & Crutcher LLP

2
DECLARATION OF NGOC HAN S. NGUYEN ISO DEFENDANT UNITED BEHAVIORAL HEALTH'S MOTION TO DISMISS PLAINTIFFS' SAC – CASE NO. 4:19-CV-05721-JSW

7. Attached hereto as **Exhibit D** is a true and correct copy of the group policy and certificate of coverage covering patient EQ during the time period of the services at issue in the Second Amended Complaint.

8. Attached hereto as **Exhibit E** is a true and correct copy of the summary plan description covering patient RT during the time period of the services at issue in the Second Amended Complaint. Although Exhibit 5 is in "draft," this is the latest version I could find in our systems and files, and it is my understanding that this is the version that would have been used to make coverage determinations.

9. Attached hereto as **Exhibit F** is a true and correct copy of the individual medical policy covering patient MD during the time period of the services at issue in the Second Amended Complaint.

10. I declare under penalty of perjury that the foregoing is true and correct that this declaration was executed on December 2, 2020 in Eden Prairie, Minnesota.

*/s/ Ngoc Han S. Nguyen*
Ngoc Han S. Nguyen