UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESERT COVE RECOVERY, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant. | Case No. 19-cv-05721-JSW<br><br>**ORDER TO SHOW CAUSE RE OBJECTIONS**<br><br>Re: Dkt. No. 47 |

On January 7, 2021, Plaintiffs filed their opposition to Defendants' motion to dismiss, and they filed separate objections to a declaration submitted in support of Defendants' motion. Those objections violate Northern District Civil Local Rule 7-3(a), which requires that "[a]ny evidentiary and procedural objections to the motion must be contained within the brief or memorandum." This Court's Civil Standing Order 7 also requires compliance with that Local Rule. Plaintiffs are HEREBY ORDERED TO SHOW CAUSE by January 15, 2021, why the Court should not strike the objections.

**IT IS SO ORDERED.**

Dated: January 8, 2021

_____
JEFFREY S. WHITE
United States District Judge