MATTHEW M. LAVIN (*pro hac vice*)
  matt.lavin@agg.com
AARON R. MODIANO (*pro hac vice*)
  aaron.modiano@agg.com
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.677.4030
Facsimile: 202.677.4031

DAVID M. LILIENSTEIN, SBN 218923
  david@dllawgroup.com
KATIE J. SPIELMAN, SBN 252209
  katie@dllawgroup.com
DL LAW GROUP
345 Franklin Street
San Francisco, CA 94102
Telephone: 415.678.5050
Facsimile: 415.358.8484

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

MERIDIAN TREATMENT SERVICES, *et al.*,

                    Plaintiffs,

vs.

UNITED BEHAVIORAL HEALTH
(operating as OPTUMHEALTH
BEHAVIORAL SOLUTIONS),

                    Defendant.

CASE NO. 4:19-cv-05721-JSW

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE**

Judge: Hon. Jeffrey S. White

Amended Complaint filed: November 12, 2020

TO THE COURT:

The parties hereto, Defendant UNITED BEHAVIORAL HEALTH ("Defendant") and Plaintiffs Meridian Treatment Solutions, Inc., Desert Cove Recovery, LLC and Harmony Hollywood, LLC ("Plaintiffs") (collectively referred to as "the Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, this Court previously set a deadline for amendment of the pleadings [Dkt. No. 68];

WHEREAS, the deadline to amend the pleadings is August 19, 2022;

WHEREAS, both Parties timely served written discovery requests on each other, and both Parties have served written responses and objections to the discovery requests. The Parties are currently engaged in meet and confer efforts in an to attempt to resolve the issues arising out of the Parties' discovery requests;

WHEREAS, Plaintiffs request and Defendants agree that the deadline to amend the pleadings be continued to give Plaintiffs additional time to evaluate a potential amendment;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record and subject to the Court's approval, that the schedule be modified as follows:

- Deadline to file Motion to Amend the Pleadings: September 19, 2022

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: August 11, 2022

**ARNALL GOLDEN GREGORY LLP**

By: /s/ *Matthew M. Lavin*
　　Matthew M. Lavin

**DL LAW GROUP**

By: /s/ *David Lilienstein*
　　David Lilienstein
Attorneys for Plaintiffs

Dated: August 11, 2022

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ *Geoffrey M. Sigler*
　　Geoffrey M. Sigler

Attorneys for Defendant

# [PROPOSED] ORDER

Having considered the Parties Joint Stipulation and [Proposed] Order to Extend Deadlines, the Court HEREBY ORDERS as follows:

- Deadline to file Motion to Amend the Pleadings: September 19, 2022

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __August 12, 2022_____

_____
Hon. Jeffrey S. White
United States District Judge