1  MATTHEW M. LAVIN (*pro hac vice*)
     matt.lavin@agg.com
2  AARON R. MODIANO (*pro hac vice*)
     aaron.modiano@agg.com
3  ARNALL GOLDEN GREGORY LLP
   1775 Pennsylvania Ave. NW, Suite 1000
4  Washington, DC 2006
   Telephone: 202.677.4030
5  Facsimile: 202.677.4031

6  DAVID M. LILIENSTEIN, SBN 218923
     david@dllawgroup.com
7  KATIE J. SPIELMAN, SBN 252209
     katie@dllawgroup.com
8  DL LAW GROUP
   345 Franklin Street
9  San Francisco, CA 94102
   Telephone: 415. 678.5050
10 Facsimile: 415.358.8484

11 *Attorneys for Plaintiffs*

12

13

14

15

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

|  |  |
|---|---|
| MERIDIAN TREATMENT SERVICES, *et al.*, | CASE NO. 4:19-cv-05721-JSW |
| *Plaintiffs,* | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE** |
| vs. | Judge: Hon. Jeffrey S. White |
| UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS), | Amended Complaint filed: November 12, 2020 |
| *Defendant.* |  |

TO THE COURT:

The parties hereto, Defendant United Behavioral Health ("Defendant") and Plaintiffs Meridian Treatment Solutions, Inc., Desert Cove Recovery, LLC and Harmony Hollywood, LLC ("Plaintiffs") (collectively referred to as "the Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, this Court previously set a deadline of January 15, 2023 for the completion of Plaintiffs' depositions of Defendant for the class certification phase of this case [Dkt. 89; Dkt. 94];

WHEREAS, the Parties were prepared to complete by the January 15 deadline the two depositions of Defendant noticed by Plaintiffs' counsel;

WHEREAS, on December 28, 2022, the Relativity domain Plaintiffs' counsel use for e-discovery purposes was disabled by the host of the domain due to the investigation of a security incident, which Plaintiffs' domain host has attested was not due to any fault of Plaintiffs' counsel Arnall Golden Gregory LLP (*see* Exhibit A, Jan. 4, 2023 letter from Ricoh to Plaintiffs' counsel);

WHEREAS, Plaintiffs' counsel assert that the inability to access these materials has substantially impacted their ability to prepare for the upcoming depositions of Defendant, necessitating an extension of the existing January 15, 2023 deadline;

WHEREAS, Plaintiffs' counsel assert that Plaintiffs' Relativity domain host restored some access to Plaintiffs' e-discovery platform on the evening of January 4, 2023, and Plaintiffs anticipate full restoration of their access to the e-discovery platform in sufficient time to complete the two previously noticed depositions by February 15, 2023;

WHEREAS, both Parties agree that an extension of the deadline to complete Plaintiffs' depositions of Defendant to and including February 15, 2023 will address the above unexpected e-discovery issues, and also not require any other schedule adjustments or impact the Court's calendar;

WHEREAS, the Parties also agree that this stipulated extension will not be cited as a basis to seek further discovery beyond the two already-noticed depositions, or to extend any of the other existing deadlines in this case, including but not limited to the January 4, 2023 class certification fact discovery deadline, the February 15, 2023 deadline for Defendants' depositions of Plaintiffs for the

class certification phase of the case, and the briefing schedule and hearing date for Plaintiffs' motion for class certification [*see* Dkt. 94].

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record and subject to the Court's approval, that the schedule be modified as follows:

- The deadline for the completion of Plaintiffs' two previously noticed depositions of Defendant for the class certification stage of the case is extended to and including February 15, 2023.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: January 6, 2023

**ARNALL GOLDEN GREGORY LLP**

By:   */s/ Matthew M. Lavin*
Matthew M. Lavin

**DL LAW GROUP**

By:   */s/ David M. Lilienstein*
David M. Lilienstein

*Attorneys for Plaintiffs*

**GIBSON, DUNN & CRUTCHER LLP**

By:   */s/ Geoffrey Sigler*
Geoffrey M. Sigler

*Attorneys for Defendant*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Having considered the Parties' Joint Stipulation and [Proposed] Order Regarding Schedule, the Court HEREBY ORDERS as follows:

- The deadline for the completion of Plaintiffs' two previously noticed depositions of Defendant for the class certification stage of the case is extended to and including February 15, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____

Hon. Jeffrey S. White
United States District Judge