

**Gary Bishop, Reg. VP,
Legal & Information
Governance Services
RICOH USA, INC.**
300 Eagleview Blvd., Suite 200
Exton, PA 19341
Gary.Bishop@Ricoh-USA.com

January 4, 2023

To whom it may concern:

This is to attest that the Ricoh hosted Relativity domain used for e-discovery purposes has been temporarily disabled, as of December 28, 2022, in an abundance of caution, for investigation of a security incident. The inability to use the domain since December 28, 2022 to access data is through no fault of Arnall Golden Gregory LLP ("AGG").  We apologize for the inconvenience this may cause.  Ricoh will advise AGG as soon as service is restored, but as of the date of this communication, we cannot reliably estimate when AGG's access to Relativity will be restored.

Sincerely,

*Gary L Bishop*

Gary Bishop