| | |
|---|---|
| MATTHEW M. LAVIN (*pro hac vice*) <br> matt.lavin@agg.com <br> AARON R. MODIANO (*pro hac vice*) <br> aaron.modiano@agg.com <br> **ARNALL GOLDEN GREGORY LLP** <br> 2100 Pennsylvania Avenue NW <br> Suite 350S <br> Washington, D.C. 20037 <br> Telephone: 202.677.4030 <br> Facsimile: 202.677.4031 <br><br> David M. Lilienstein, SBN 218923 <br> david@dllawgroup.com <br> Katie J. Spielman, SBN 252209 <br> katie@dllawgroup.com <br> **DL LAW GROUP** <br> 345 Franklin St. <br> San Francisco, CA 94102 <br> Telephone: 415.678.5050 <br> Facsimile: 415.358.8484 <br><br> *Attorneys for Plaintiffs Meridian Treatment Solutions, Inc., et al.* | HEATHER L. RICHARDSON, SBN 246517 <br>   hrichardson@gibsondunn.com <br> Gibson, Dunn & Crutcher LLP <br> 333 South Grand Avenue <br> Los Angeles, CA  90071-3197 <br> Telephone:    213.229.7000 <br> Facsimile:     213.229.7520 <br><br> GEOFFREY SIGLER (*pro hac vice*) <br>   gsigler@gibsondunn.com <br> Gibson, Dunn & Crutcher LLP <br> 1050 Connecticut Avenue, N.W. <br> Washington, DC 20036-5306 <br> Telephone:    202.995.8500 <br> Facsimile:    202.467.0539 <br><br> *Attorneys for Defendant United Behavioral Health* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MERIDIAN TREATMENT SOLUTIONS INC., DESERT COVE RECOVERY, LLC, and HARMONY HOLLYWOOD, LLC, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS), <br><br> Defendant. | Case No. 4:19-cv-05721-JSW <br><br> Hon. Jeffrey S. White <br><br> **JOINT STIPULATION CONTINUING MOTION HEARING ON PLAINTIFFS' CORRECTED MOTION FOR CLASS CERTIFICATION** |

-1-

**IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES AS FOLLOWS:**

On January 3, 2023, the Court issued an Order modifying the parties' schedule for Plaintiffs' Motion for Class Certification and set the hearing on Plaintiffs' Motion for Class Certification for June 9, 2023 at 9:00 AM in Oakland, Courtroom 5, 2nd Floor before the Honorable Jeffrey S. White (DE 94). Having scheduling conflicts among the Parties for the date currently set for the hearing on Plaintiffs' Motion for Class Certification and having met and conferred, pursuant to Local Rules 6-2 and 7-12, and paragraph 3 to this Court's Civil Standing Orders, it is hereby stipulated and agreed by and between the undersigned counsel for all Parties of record that the Motion Hearing for Plaintiffs' Correction Motion for Class Certification shall be rescheduled for August 4, 2023, at 9:00 AM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White, or at such later time that is convenient for the Court.

Dated: May 5, 2023

| ARNALL GOLDEN GREGORY LLP | GIBSON DUNN CRUTCHER LLP |
|---|---|
| By: */s/ Matthew M. Lavin* <br> Matthew M. Lavin <br> 2100 Pennsylvania Ave., N.W. <br> Ste 350S <br> Washington, DC 20037 <br> 202-677-4030 <br> matt.lavin@agg.com | By: */s/ Geoffrey M. Sigler* <br> Geoffrey M. Sigler <br> 1050 Connecticut Avenue, N.W. <br> Washington, DC 20036 <br> 202-955-8500 <br> gsigler@gibsondunn.com |
| *Attorneys for Plaintiffs Meridian Treatment Solutions Inc., et al..* | *Attorneys for Defendant United Behavioral Health* |

-3-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____    _____

                                                                  Hon. Jeffrey S. White