MATTHEW M. LAVIN (*pro hac vice*)
matt.lavin@agg.com
AARON R. MODIANO (*pro hac vice*)
aaron.modiano@agg.com
**ARNALL GOLDEN GREGORY LLP**
2100 Pennsylvania Avenue NW
Suite 350S
Washington, D.C. 20037
Telephone: 202.677.4030
Facsimile: 202.677.4031

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: 415.678.5050
Facsimile: 415.358.8484

*Attorneys for Plaintiffs Meridian Treatment Solutions, Inc., et al.*

HEATHER L. RICHARDSON, SBN 246517
   hrichardson@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

GEOFFREY SIGLER (*pro hac vice*)
   gsigler@gibsondunn.com
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:    202.995.8500
Facsimile:    202.467.0539

*Attorneys for Defendant United Behavioral Health*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MERIDIAN TREATMENT SOLUTIONS INC., DESERT COVE RECOVERY, LLC, and HARMONY HOLLYWOOD, LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>Defendant. | Case No. 4:19-cv-05721-JSW<br><br>Hon. Jeffrey S. White<br><br>ORDER GRANTING<br>**JOINT STIPULATION CONTINUING MOTION HEARING ON PLAINTIFFS' CORRECTED MOTION FOR CLASS CERTIFICATION** |

**IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES AS FOLLOWS:**

On January 3, 2023, the Court issued an Order modifying the parties' schedule for Plaintiffs' Motion for Class Certification and set the hearing on Plaintiffs' Motion for Class Certification for June 9, 2023 at 9:00 AM in Oakland, Courtroom 5, 2nd Floor before the Honorable Jeffrey S. White (DE 94). Having scheduling conflicts among the Parties for the date currently set for the hearing on Plaintiffs' Motion for Class Certification and having met and conferred, pursuant to Local Rules 6-2 and 7-12, and paragraph 3 to this Court's Civil Standing Orders, it is hereby stipulated and agreed by and between the undersigned counsel for all Parties of record that the Motion Hearing for Plaintiffs' Correction Motion for Class Certification shall be rescheduled for August 4, 2023, at 9:00 AM in Oakland, Courtroom 5, 2nd Floor before Judge Jeffrey S. White, or at such later time that is convenient for the Court.

Dated: May 5, 2023

| ARNALL GOLDEN GREGORY LLP | GIBSON DUNN CRUTCHER LLP |
|---|---|
| By: /s/ Matthew M. Lavin<br>Matthew M. Lavin<br>2100 Pennsylvania Ave., N.W.<br>Ste 350S<br>Washington, DC 20037<br>202-677-4030<br>matt.lavin@agg.com | By: /s/ Geoffrey M. Sigler<br>Geoffrey M. Sigler<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>202-955-8500<br>gsigler@gibsondunn.com |
| *Attorneys for Plaintiffs Meridian Treatment Solutions Inc., et al..* | *Attorneys for Defendant United Behavioral Health* |

-3-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The Court CONTINUES the hearing on Plaintiffs' motion for class certification to August 4, 2023 at 9:00 a.m.  If the Court determines the motion can be resolved without oral argument, it will notify the parties in advance of the hearing date.

DATED: May 8, 2023

_____
Hon. Jeffrey S. White