MATTHEW M. LAVIN (*pro hac vice*)
matt.lavin@agg.com
**ARNALL GOLDEN GREGORY LLP**
2100 Pennsylvania Ave. NW
Suite 350S
Washington, DC 20037
Telephone:     202.677.4030
Facsimile:     202.677.4031

DAVID M. LILIENSTEIN, SBN 218923
david@dllawgroup.com
KATIE J. SPIELMAN, SBN 2522109
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA  94102
Telephone:    415.678.5050
Facsimile:    415.358.8484

Attorneys for Plaintiffs Meridian Treatment Center, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MERIDIAN TREATMENT SOLUTIONS, INC., DESERT COVE RECOVERY, LLC, and HARMONY HOLLYWOOD, LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>Defendants. | Case No.: 4:19-cv-005721-JSW<br><br>**The Parties' Omnibus [Proposed] Order RE Plaintiffs' Administrative Motions to File Material Designated as Confidential Under Seal (Dkts. 102 & 123)** |

**[PROPOSED] ORDER**

The Court, having considered Plaintiffs Meridian Treatment Solutions, Inc., Desert Cove Recovery, LLC, and Harmony Hollywood, LLC ("Plaintiffs") Administrative Motions to File Under Seal and supporting documents at ECF Nos. 102 and 123, and Defendant United Behavioral Health's ("Defendant") (together, "the Parties") statement in support of the sealing of certain documents as detailed at ECF No. 112 thereby **GRANTS** Plaintiffs' request and orders the following documents SEALED as described below.[1]

In particular, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Exhibit 1, 30(b)(6) Deposition Transcript of Desert Cove Recovery through Joseph Ivie (Dkts. 102-3 & 102-12), at 74:24–75:9. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 1, 30(b)(6) Deposition Transcript of Desert Cove Recovery through Joseph Ivie (Dkts. 102-3 & 102-12), at 98:1–117:25. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 1, 30(b)(6) Deposition Transcript of Desert Cove Recovery through Joseph Ivie (Dkts. 102-3 & 102-12), at 146:1–15. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 1, 30(b)(6) Deposition Transcript of Desert Cove | Deposition testimony regarding confidential medical | |

[1] Because this Court granted "the motion to maintain [] entire deposition under seal" for those "depositions that Plaintiffs filed in their entirety" (ECF 126 at 1), this [Proposed] Order addresses only those portions of deposition transcripts that Plaintiffs cite to in their class certification briefing.

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Recovery through Joseph Ivie (Dkts. 102-3 & 102-12), at 146:18–147:11. | records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  *See* Matthews Decl. (ECF 112), ¶¶ 8–12 (explaining justification for sealing transcript in full). | |
| Plaintiffs' Exhibit 1, 30(b)(6) Deposition Transcript of Desert Cove Recovery through Joseph Ivie (Dkts. 102-3 & 102-12), at 147:12–149:25. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 1, 30(b)(6) Deposition Transcript of Desert Cove Recovery through Joseph Ivie (Dkts. 102-3 & 102-12), at 154:1–155:20. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 1, 30(b)(6) Deposition Transcript of Desert Cove Recovery through Joseph Ivie (Dkts. 102-3 & 102-12), at 157:9–158:6. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 1, 30(b)(6) Deposition Transcript of Desert Cove Recovery through Joseph Ivie (Dkts. 102-3 & 102-12), at 159:4–161:25. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 1, 30(b)(6) Deposition Transcript of Desert Cove | Deposition testimony regarding confidential medical records, including discussion | |

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Recovery through Joseph Ivie (Dkts. 102-3 & 102-12), at 170:1–174:18. | of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 1, 30(b)(6) Deposition Transcript of Desert Cove Recovery through Joseph Ivie (Dkts. 102-3 & 102-12), at 174:21–175:8. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  *See* Matthews Decl. (ECF 112), ¶¶ 8–12 (explaining justification for sealing transcript in full). | |
| Plaintiffs' Exhibit 1, 30(b)(6) Deposition Transcript of Desert Cove Recovery through Joseph Ivie (Dkts. 102-3 & 102-12), at 175:20–181:17. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 1, 30(b)(6) Deposition Transcript of Desert Cove Recovery through Joseph Ivie (Dkts. 102-3 & 102-12), at 181:19–182:8. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  *See* Matthews Decl. (ECF 112), ¶¶ 8–12 (explaining justification for sealing transcript in full). | |
| Plaintiffs' Exhibit 1, 30(b)(6) Deposition Transcript of Desert Cove Recovery through Joseph Ivie (Dkts. 102-3 & 102-12), at 182:10–184:15. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 1, 30(b)(6) Deposition Transcript of Desert Cove | Deposition testimony regarding confidential medical | |

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Recovery through Joseph Ivie (Dkts. 102-3 & 102-12), at 184:22–185:25. | records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 1, 30(b)(6) Deposition Transcript of Desert Cove Recovery through Joseph Ivie (Dkts. 102-3 & 102-12), at 190:1–193:25. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 1, 30(b)(6) Deposition Transcript of Desert Cove Recovery through Joseph Ivie (Dkts. 102-3 & 102-12), at 237:23–239:9. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 1, 30(b)(6) Deposition Transcript of Desert Cove Recovery through Joseph Ivie (Dkts. 102-3 & 102-12), at 240:8–241:15. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 2, 30(b)(6) Deposition Transcript of United Behavioral Health through Dr. Andrew Martorana (Dkts. 102-4 & 102-13), at 4:20 (3rd, 4th, and 5th words). | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 2, 30(b)(6) Deposition Transcript of United Behavioral Health through Dr. Andrew Martorana (Dkts. 102-4 & 102-13), at 5:4 (3rd and 4th words). | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive | |

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| | information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 2, 30(b)(6) Deposition Transcript of United Behavioral Health through Dr. Andrew Martorana (Dkts. 102-4 & 102-13), at 5:8 (3rd, 4th, and 5th words). | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 2, 30(b)(6) Deposition Transcript of United Behavioral Health through Dr. Andrew Martorana (Dkts. 102-4 & 102-13), at 107:1–116:17. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 2, 30(b)(6) Deposition Transcript of United Behavioral Health through Dr. Andrew Martorana (Dkts. 102-4 & 102-13), at 211:25–216:5. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  *See* Matthews Decl. (ECF 112), ¶¶ 8–12 (explaining justification for sealing transcript in full). | |
| Plaintiffs' Exhibit 4, 30(b)(6) Deposition Transcript of Harmony Hollywood through Chris Heath (Dkts. 102-6 & 102-15), at 218:1–221:22. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 4, 30(b)(6) Deposition Transcript of Harmony Hollywood through Chris Heath (Dkts. 102-6 & 102-15), at 234:1–237:15. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical | |

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| | treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 4, 30(b)(6) Deposition Transcript of Harmony Hollywood through Chris Heath (Dkts. 102-6 & 102-15), at 237:25. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 4, 30(b)(6) Deposition Transcript of Harmony Hollywood through Chris Heath (Dkts. 102-6 & 102-15), at 242:2–15. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  *See* Matthews Decl. (ECF 112), ¶¶ 8–12 (explaining justification for sealing transcript in full). | |
| Plaintiffs' Exhibit 4, 30(b)(6) Deposition Transcript of Harmony Hollywood through Chris Heath (Dkts. 102-6 & 102-15), at 286:1–25. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 4, 30(b)(6) Deposition Transcript of Harmony Hollywood through Chris Heath (Dkts. 102-6 & 102-15), at 347:10–348:11. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  *See* Matthews Decl. (ECF 112), ¶¶ 8–12 (explaining justification for sealing transcript in full). | |
| Plaintiffs' Exhibit 4, 30(b)(6) Deposition Transcript of Harmony Hollywood through Chris Heath (Dkts. 102-6 & 102-15), at 351:15–352:15. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive | |

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| | information regarding medical treatments sought or obtained (PHI/PII).  *See* Matthews Decl. (ECF 112), ¶¶ 8–12 (explaining justification for sealing transcript in full). | |
| Plaintiffs' Exhibit 4, 30(b)(6) Deposition Transcript of Harmony Hollywood through Chris Heath (Dkts. 102-6 & 102-15), at 366:1–369:6. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 5, MERIDIAN-UBH-00000077 (Dkt. 102-16). | Contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 7, 9–12. | |
| Plaintiffs' Exhibit 9, 30(b)(6) Deposition Transcript of Meridian Treatment Solutions through Hotse Langeraar (Dkts. 102-10 & 102-20), at 170:1–3. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 9, 30(b)(6) Deposition Transcript of Meridian Treatment Solutions through Hotse Langeraar (Dkts. 102-10 & 102-20), at 170:8–15. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 9, 30(b)(6) Deposition Transcript of Meridian Treatment Solutions through Hotse Langeraar (Dkts. 102-10 & 102-20), at 170:20–173:20. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Exhibit 9, 30(b)(6) Deposition Transcript of Meridian Treatment Solutions through Hotse Langeraar (Dkts. 102-10 & 102-20), at 174:6–17. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 9, 30(b)(6) Deposition Transcript of Meridian Treatment Solutions through Hotse Langeraar (Dkts. 102-10 & 102-20), at 175:1–3. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 9, 30(b)(6) Deposition Transcript of Meridian Treatment Solutions through Hotse Langeraar (Dkts. 102-10 & 102-20), at 175:14–177:4. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 9, 30(b)(6) Deposition Transcript of Meridian Treatment Solutions through Hotse Langeraar (Dkts. 102-10 & 102-20), at 177:9–25. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 9, 30(b)(6) Deposition Transcript of Meridian Treatment Solutions through Hotse Langeraar (Dkts. 102-10 & 102-20), at 310:14–311:13. | Deposition testimony regarding confidential medical records, including discussion of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 9, 30(b)(6) Deposition Transcript of Meridian Treatment Solutions through Hotse | Deposition testimony regarding confidential medical records, including discussion | |

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Langeraar (Dkts. 102-10 & 102-20), at 312:4–313:3. | of specific patient's treatments and services; contains sensitive information regarding medical treatments sought or obtained (PHI/PII).  Matthews Decl. (ECF 112), ¶¶ 8–12. | |
| Plaintiffs' Exhibit 12, MERIDIAN-UBH-00000660 (Dkt. 103-12). | Contains sensitive information regarding medical treatments sought or obtained (PHI/PII). Matthews Decl. (ECF 112), ¶¶ 7, 9–12. | |
| Plaintiffs' Exhibit 16, MERIDIAN-UBH-00000001 (Dkt. 105-2). | Contains sensitive information regarding medical treatments sought or obtained (PHI/PII). Matthews Decl. (ECF 112), ¶¶ 7, 9–12. | |
| Plaintiffs' Exhibit 24, MERIDIAN-UBH-00000486 (Dkt. 108-2). | Contains sensitive information regarding medical treatments sought or obtained (PHI/PII). Matthews Decl. (ECF 112), ¶¶ 7, 9–12. | |

**IT IS SO ORDERED.**

Dated:  _____, 2023

_____
Hon. Jeffrey S. White
United States District Judge