UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESERT COVE RECOVERY, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH, <br><br> Defendant. | Case No. 19-cv-05721-JSW <br><br> **ORDER REGARDING OUTSTANDING MOTIONS TO SEAL AND PARTIES' PROPOSED OMNIBUS ORDER** <br><br> Re: Dkt. Nos. 102, 123 |

The Court has reviewed the parties' proposed omnibus order addressing Plaintiffs' outstanding motions to seal. The parties' reasons for sealing certain portions of Exhibit 1 do not appear to match the testimony cited. For example, Pages 98 line 1 through 117 line does not contain information about a specific patient, and the Court does not find good cause or compelling reasons to seal the information based on the parties' stated reasons. If there is another basis to seal that information, it is not reflected in the parties' proposed order. Further, although page 74 line 24 through page 75 line 9 refer to patients, they do not refer to specific medical information. For that citation, the Court would only grant the motion to seal the patients' names.

Accordingly, the parties are ORDERED to meet and confer once again to submit a proposed order that is narrowly tailored and clearly identifies the basis for sealing information. The parties' proposed order also shall reflect Defendant's position on unsealing pages 2:14-16 and 4:18-19 of Plaintiff's reply, and Defendant's opposition at pages 4-7, 11, and 13-14.

The Court advises the parties that if their proposed order does not provide a valid basis to seal a portion of the document in question, the Court will deny the motion.

//

//

1  The parties' proposed order shall be due by March 1, 2024 and shall be docketed as a
2  proposed order and a Microsoft Word version shall be emailed to the JSWPO@cand.uscourts.gov
3  email address.
4  **IT IS SO ORDERED**.
5  Dated: January 24, 2024

_____
JEFFREY S. WHITE
United States District Judge